**Roman Yuryevich ANTONOV, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–76264.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.\*

Decided Dec. 12, 2005.

Roman Yuryevich Antonov, Los Angeles, CA, pro se.

CAC—District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Cindy S. Ferrier, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM \*\*

Roman Yuryevich Antonov, a native and citizen of Russia, petitions for review of the Board of Immigration Appeals' order adopting and affirming an immigration judge's ("IJ") order denying his applications for asylum, withholding of removal, and relief under the Convention Against Torture. We have jurisdiction pursuant to 8 U.S.C. § 1252. Reviewing for substantial evidence, *Lata v. INS*, 204 F.3d 1241, 1245 (9th Cir.2000), we deny the petition for review.

The IJ provided specific and cogent reasons for finding Antonov not credible. *Chebchoub v. INS*, 257 F.3d 1038, 1045 (9th Cir.2001). Accordingly, Antonov has failed to show eligibility for asylum or withholding of removal. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003). Antonov's CAT claim fails because it is based on the same evidence that the IJ concluded was incredible. *See id.* at 1157.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.